## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **VERIFIRE NETWORK SOLUTIONS, LLC,** | Case No. 2:15-cv-939-RWS-RSP |
| Plaintiff, | |
| v. | |
| **MCAFEE, INC.,** | **PATENT CASE** |
| Defendant. | |

### JOINT MOTION TO DISMISS

WHEREAS, Plaintiff VeriFire Network Solutions, LLC ("Plaintiff" or "VeriFire"), and Defendant McAfee, Inc. ("Defendant" or "McAfee"), have resolved VeriFire's claims for relief against Defendant McAfee and McAfee's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant McAfee, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against McAfee with prejudice and McAfee's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: September 28, 2015

Respectfully submitted,

_/s/ Craig Tadlock_
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789

craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

***Attorneys for Plaintiff VeriFire Network
Solutions, LLC***

   */s/ Harry L. Gillam, Jr.*
Amanda Tessar
Elizabeth Banzhoff
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400
ATessar@perkinscoie.com
EBanzhoff@perkinscoie.com

Harry "Gil" L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

David Folsom
State Bar No. 07210800
JACKSON WALKER, L.L.P.
6002 Summerfield Drive, Suite B
Texarkana, Texas 75503
Telephone: (903) 255-3251
Facsimile: (903) 255-3265
Email: dfolsom@jw.com

***Attorneys for Defendant McAfee, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 28, 2015.

*/s/ Craig Tadlock*
Craig Tadlock

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 28, 2015, counsel for Plaintiff conferred with counsel for Defendant, and the parties agree to the form and substance of this motion.

*/s/ Craig Tadlock*
Craig Tadlock